# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS DE LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>Horizon Personnel Services, Inc., Horizon Management Solutions, Inc., Staffchex Management Group, Inc., Stay Safe Staffing, Inc., Staffchex, Inc., Staffchex Managing Group, Charlene Garza, the Estate of Ruben Garza, Adept HR, Inc.,<br><br>                  Defendants. | CASE NO.: 8:23-cv-01050-CJC-ADS<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT**<br><br>Judge: The Honorable Stanley Blumenfeld, Jr.<br><br>Trial Date: December 10, 2024<br>Action Filed: June 14, 2023 |

On this day the Court considered the Stipulation for Entry of Judgment by and between Plaintiff LS DE LLC and Defendant Charlene Garza. Dkt. No. 76. Pursuant to the stipulation, the Court hereby enters judgment in favor of Plaintiff LS DE LLC and against Charlene Garza as follows:

    1.    A monetary judgment against Defendant Garza in favor of Plaintiff in the amount of $2,235,000.00.

    2.    Each party to bear its own fees and costs.

    3.    This judgment is final and non-appealable.

IT IS SO ORDERED.

Dated: August 26, 2024        By: _____
                                                     Stanley Blumenfeld, Jr.
                                                     United States District Judge

2342632.1